IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DENNIS WIERTELLA AS ADMINISTRATOR OF THE ESTATE OF RANDY WIERTELLA, DECEASED, AND FATHER OF RANDY WIERTELLA,** | ) CASE NO. 1:20-cv-02739 ) ) JUDGE PAMELA A. BARKER ) ) |
| Plaintiff, | ) **JOINT MOTION FOR DISMISSAL OF** ) **CLAIMS AGAINST DEFENDANT ERIN** ) **BOYLE WITHOUT PREJUDICE** |
| v. | ) ) |
| **LAKE COUNTY, OH, et al.,** | ) ) |
| Defendants. | ) |

Pursuant to Fed. R. Civ. P. 21, Plaintiff Dennis Wiertella as Administrator of the Estate of Randy Wiertella, Deceased, and Father of Randy Wiertella, and Defendant Erin Boyle, by and through counsel, jointly move this honorable Court to dismiss all claims against Defendant Erin Boyle without prejudice for refiling.  This case is still in its preliminary stages, and the Court has not yet held a Case Management Conference.

Wherefore, in order to streamline this litigation, the parties jointly move the Court to dismiss all claims against Defendant Erin Boyle without prejudice for refiling.

Respectfully submitted,

| | |
|---|---|
| */s/ Jennifer F. Cohen* | */s/ Todd M. Raskin (with consent)* |
| DANIEL P. PETROV (0074151) | TODD M. RASKIN (0003625) |
| dpetrov@tpgfirm.com | traskin@mrrlaw.com |
| JENNIFER F. COHEN (Illinois 6299314; Ohio 0099519) | KATHLEEN M. MINAHAN (0064989) |
| jcohen@tpgfirm.com | kminahan@mrrlaw.com |

1

| | |
|---|---|
| THORMAN PETROV GROUP CO., LPA<br>50 E. Washington St.<br>Cleveland, Ohio 44022<br>P: (216) 621–3500<br>Fax: (216) 621–3422<br><br>*Counsel for Plaintiff* | Mazanec, Raskin & Ryder Co., L.P.A.<br>100 Franklin's Row<br>34305 Solon Road<br>Cleveland, Ohio  44139<br>P: 440-248-7906<br>Fax: 440-248-8861<br><br>*Counsel for Defendants Lake County, Ohio, Dan Dunlap, Capt. Cynthia Brooks, Lt. Michelle Prather, Lt. Benjamin Longbons, Lt. Scott Simpson, Lt. Mark Soeder, Lt. Eric Vanjo, Sgt. Martin Bontrager, Sgt. Matthew Darone, Sgt. Diana Marino, Sgt. Michael Nahorniak, Sgt. Matthew Paul, Sgt. Terry Tarone, Diana Snow, RN, Erin Boyle, RN, Patty Hammers, RN, Sabrina Watson, RN, and Christina Watson, RN* |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2021, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system. A copy of this filing was also mailed to:

Karim Razmjouei, MD
c/o Lake County Sheriff's Office
104 East Erie Street
Painesville, OH 44077

Karim Razmjouei, MD
11905 Epping Trail
Chardon, OH 44024-8849

/s/ Jennifer F. Cohen
*Attorney for Plaintiff*