# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DENNIS WIERTELLA AS ADMINISTRATOR OF THE ESTATE OF RANDY WIERTELLA, DECEASED, AND FATHER OF RANDY WIERTELLA, | Case No. 1:20-cv-02739 |
| | JUDGE PAMELA A. BARKER |
| **Plaintiff,** | |
| -vs- | |
| | **ORDER** |
| LAKE COUNTY, OH, et al., | |
| **Defendants** | |

The Court has been notified of a discovery dispute in the above-captioned matter. The parties are reminded of their obligation to comply with the requirements of Local Rule 37.1 before requesting the Court's assistance. Specifically, if they have not already done so, counsel are directed to meet and confer regarding the dispute. If counsel are unable to resolve the dispute through such consultation, the parties may then email their respective position papers to the Court at [Barker_Chambers@ohnd.uscourts.gov](mailto:Barker_Chambers@ohnd.uscourts.gov). In these position papers, the parties must certify that they have made a sincere, good faith effort to resolve the dispute.

    IT IS SO ORDERED.

 

                                                          *s/Pamela A. Barker*
                                                          PAMELA A. BARKER
Date: January 28, 2022                            U. S. DISTRICT JUDGE