UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DENNIS WIERTELLA AS ADMINISTRATOR OF THE ESTATE OF RANDY WIERTELLA, DECEASED, AND FATHER FOR RANDY WIERTELLA, </br></br>   Plaintiff, </br></br> vs. </br></br> LAKE COUNTY, OH, et al., </br></br>   Defendants. | CASE NO.: 1:20-CV-02739 </br></br> JUDGE: BRIDGET MEEHAN BRENNAN </br></br> **JOINT MOTION TO EXTEND LIABILITY EXPERT DISCOVERY DEADLINE AND DISPOSITIVE MOTION DEADLINE** |

Now come the parties, by and through their respective counsel, and jointly move for an extension of the liability expert discovery deadline and dispositive motion deadline. Counsel for all parties discussed this anticipated accommodation with the Court at the settlement conference on April 28, 2022. Counsel have been in communication with each other and Defendants' liability experts to set the expert discovery depositions, but they could not be scheduled until May 20, 2022 (Dr. Surso) and May 23, 2022 (Dr. Wittstein). Because discovery of the liability experts will not be complete until May 23, 2022, the parties have agreed that the Lake County Defendants should be granted an extension of 21 days from the current May 24, 2022 deadline to file their dispositive motion.

WHEREFORE, the parties respectfully request an extension to and including May 23, 2022 within which to complete discovery of liability experts and an extension of the dispositive motion deadline to and including June 14, 2022.

| | |
|---|---|
| *s/Daniel P. Petrov (via email consent 5/9/22)* <br> DANIEL P. PETROV (0074151) <br> JENNIFER F. COHEN  (0099519) <br> Thorman Petrov Group Co., LPA <br> 20046 Walker Avenue <br> Shaker Heights, OH  44122 <br> (216) 621-3500 <br> (216) 621-3422 – Fax <br> Email:  dpetrov@tpgfirm.com <br>             jcohen@tpgfirm.com <br> *Counsel for Plaintiff* <br><br> *s/David A. Bernstein (via email consent 5/9/22)* <br> EDWARD E. TABER (0066707) <br> DAVID A. BERNSTEIN (0093955) <br> Tucker Ellis LLP <br> 950 Main Ave., Suite 1100 <br> Cleveland, OH  44113-7213 <br> (216) 592-5000 <br> (216) 592-5009 – Fax <br> Email:  edward.taber@tuckerellis.com <br>             David.bernstein@tuckerellis.com <br> *Counsel for Defendant* <br> *Karim Razmjouei, M.D.* | */s/Kathleen M. Minahan* <br> KATHLEEN M. MINAHAN  (0064989) <br> 100 Franklin's Row <br> 34305 Solon Road <br> Cleveland, OH  44139 <br> (440) 248-7906 <br> (440) 248-8861 – Fax <br> Email: kminahan@mrrlaw.com <br><br> *Counsel for Defendants Lake County, Ohio, Dan Dunlap, Capt. Cynthia Brooks, Lt. Michelle Prather, Lt. Benjamin Longbons, Lt. Scott Simpson, Lt. Mark Soeder, Lt. Eric Vanjo, Sgt. Martin Bontrager, Sgt. Matthew Darone, Sgt. Diana Marino, Sgt. Michael Nahorniak, Sgt. Matthew Paul,  Sgt. Terry Tarone, Diana Snow, RN, Patty Hammers, RN, Sabrina Watson, RN, and Christina Watson, RN* |

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 9, 2022, a copy of the foregoing Joint Motion to Extend Liability Expert Discovery Deadline and Dispositive Motion Deadline was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                *s/Kathleen M. Minahan*
                KATHLEEN M. MINAHAN  (0064989)

                *Counsel for Defendants Lake County, Ohio, Dan Dunlap, Capt. Cynthia Brooks, Lt. Michelle Prather, Lt. Benjamin Longbons, Lt. Scott Simpson, Lt. Mark Soeder, Lt. Eric Vanjo, Sgt. Martin Bontrager, Sgt. Matthew Darone, Sgt. Diana Marino, Sgt. Michael Nahorniak, Sgt. Matthew Paul, Sgt. Terry Tarone, Diana Snow, RN, Patty Hammers, RN, Sabrina Watson, RN, and Christina Watson, RN*