**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **DENNIS WIERTELLA AS ADMINISTRATOR OF THE ESTATE OF RANDY WIERTELLA, DECEASED, AND FATHER OF RANDY WIERTELLA,** | ) ) ) ) ) ) CASE NO. 1:20-cv-02739-BMB ) ) JUDGE BRIDGET MEEHAN BRENNAN ) ) |
| Plaintiff, | ) **MOTION TO WITHDRAW AS COUNSEL** ) |
| v. | ) ) |
| **LAKE COUNTY, OH,** *et al.*, | ) ) |
| Defendants. | ) |

Pursuant to Local Rule 83.9 Jennifer F. Cohen, counsel for Plaintiff Dennis Wiertella as Administrator of the Estate of Randy Wiertella, Deceased, and Father of Randy Wiertella, moves for leave to withdraw from this matter, as she is leaving Thorman Petrov Group, Co., LPA. Daniel P. Petrov will continue to represent Plaintiff in this matter. For the reasons stated above, Ms. Cohen respectfully requests that this Honorable Court remove her from this case and allow her to withdraw as counsel of record for Plaintiff.

Respectfully submitted,

*/s/ Jennifer F. Cohen*
DANIEL P. PETROV (0074151)
dpetrov@tpgfirm.com
JENNIFER F. COHEN (Illinois 6299314;
Ohio 0099519)
jcohen@tpgfirm.com

THORMAN PETROV GROUP CO., LPA
20046 Walker Avenue
Shaker Heights, Ohio 44122
P: (216) 621–3500
Fax: (216) 621–3422
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 17, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                /s/     *Jennifer F. Cohen*
                                                                                *Attorney for Plaintiff*