**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

_____

No: 24-3311

_____

Filed: August 13, 2025

DENNIS WIERTELLA                                    1:20-cv-02739-BMB

     Plaintiff - Appellee

v.

LAKE COUNTY, OH

     Defendant

DIANA SNOW, RN; CHRISTINA WATSON, RN, in their individual and official capacities

     Defendants - Appellants

MANDATE

    Pursuant to the court's disposition that was filed 06/24/2025 the mandate for this case hereby issues today.   Affirmed in part. Remanded.

COSTS:  None