**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS WIERTELLA AS ADMINISTRATOR OF THE ESTATE OF RANDY WIERTELLA, DECEASED, AND FATHER OF RANDY WIERTELLA, | ) ) ) ) ) | CASE NO.: 1:20-CV-02739 |
| | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| Plaintiff, | ) ) | **DEFENDANTS' NOTICE OF THE** |
| | ) | **UNITED STATES SUPREME COURT'S** |
| v. | ) | **DECISION** |
| | ) | |
| LAKE COUNTY, OHIO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Now come Defendants, Diana Snow and Christina Watkins, by and through undersigned counsel, and pursuant to this Court's November 19, 2025 order hereby notify this Court that on February 24, 2026, the Supreme Court of the United States denied their petition for writ of certiorari.

Respectfully submitted,

*/s/Amily A. Imbrogno*
Amily A. Imbrogno (0092434)
David M. Smith (0079400)
**MEYERS, ROMAN, FRIEDBERG & LEWIS**
28601 Chagrin Boulevard, Suite 600
Cleveland, OH 44122
(216) 831-0042
(216) 831-0542 - Fax
aimbrognomeyersroman.com
dsmithmeyersroman.com

*Counsel for Defendants*
*Diana Snow and Christina Watson*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2026 the foregoing Defendants' Notice of the Supreme Court's Decision was filed with the Court electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/*Amily A. Imbrogno*
Amily A. Imbrogno (0092434)

*Counsel for Defendants*
*Diana Snow and Christina Watson*

2